UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUE,<br><br>        Plaintiff,<br><br>    v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 20-cv-08185-VC<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 18 |

There is no complete ERISA preemption. *See Marin General Hospital v. Modesto & Empire Traction Co.*, 581 F.3d 941, 947-50 (9th Cir. 2009); *The Meadows v. Employers Health Insurance*, 47 F.3d 1006, 1008 (9th Cir. 1995); *Blue Cross of California v. Anesthesia Care Associates Medical Group, Inc.*, 187 F.3d 1045, 1051 (9th Cir.1999); *see Aetna Health Inc. v. Davila*, 542 U.S. 200, 210 (2004). In particular, there is no meaningful distinction between this case and *Marin General*. Accordingly, the case is remanded to the California Superior Court, San Mateo County.[1]

**IT IS SO ORDERED.**

Dated: March 30, 2021

                                              VINCE CHHABRIA
                                              United States District Judge

---

[1] The defendant's motion for leave to file a late opposition is granted, and the Court considered the opposition in making its decision.